457 P.2d 708

**PANHANDLE PIPE AND STEEL, INC.,**
*Plaintiff-Appellant,*

v.

**Foy SMITHSON and Vera Smithson,**
**Defendants-Appellees.**

**No. 8688.**

Supreme Court of New Mexico.
Aug. 11, 1969.

Eugene E. Brockman, Tucumcari, for appellant.

Krehbiel & Alsup, Clayton, for appellees.

OPINION

WATSON, Justice.

This is a companion case with Panhandle Pipe and Steel, Inc. v. Jesko, 80 N.M. 457, 457 P.2d 705, decided this day. Both cases were tried before Judge McIntosh in the district court of Union County on the same day. The law and the facts are similar. Our decision in the Jesko case would control here. The judgment of the lower court is affirmed.

It is so ordered.

NOBLE, C. J., and MOISE, J., concur.